

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00323-CV

| | | |
|---|---|---|
| IN THE MATTER OF K.W. | § | On Appeal from the 415th District Court |
| | § | of Parker County (JV19-0052) |
| | § | January 9, 2020 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the juvenile court's waiver and transfer order. It is ordered that the waiver and transfer order are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
      Justice Dabney Bassel